United States District Court
Southern District of Texas
**ENTERED**
August 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 5:18-CV-84** |
| **HOWARD BACH** | § § | |

## FINAL JUDGMENT

For the reasons stated in the Order of even date, the Court granted default judgment for Plaintiff UNITED STATES OF AMERICA in this action to recover damages from Defendant HOWARD BACH for failure to pay tax penalties assessed by the IRS. Accordingly, the United States shall have and recover damages from Defendant in the following sums:

(1) $801,834.00 in principal;

(2) $24,801.93 in interest accrued through July 26, 2019; and

(3) $148,120.39 in late-payment penalties pursuant to 31 U.S.C. § 3717(e)(2).

Post-judgment interest shall accrue at a rate of 1.94%, computed daily to the date of payment and compounded annually, as prescribed by 28 U.S.C. § 1961(b). The United States shall be entitled to seek execution on this judgment when fourteen days have passed after the date this judgment is entered. Fed. R. Civ. P. 62(a).

This is a FINAL JUDGMENT.

SIGNED this 8th day of August, 2019.

_____
Diana Saldaña
United States District Judge